UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-20078-CIV-HUCK/O'SULLIVAN

ASSOCIATION FOR DISABLED
AMERICANS, INC., a Florida not-for-profit
Corporation, and DANIEL RUIZ, Individually,

    Plaintiffs,

vs.

CARDINAL RESTAURANT CORP.,
D/b/a RANCHO LUNA RESTAURANT,
and ALL OTHERS UNKNOWN, k/n/a
LATIN AMERICAN NO. 9 CORP., d/b/a
RANCHO LUNA RESTAURANT,

    Defendants.
_____/

## **ORDER**

    THIS MATTER is before the Court on the Motion for Entry of Sanctions and for an Order Holding the Defendant Latin American No. 9 Corp., d/b/a Rancho Luna Restaurant in Contempt of Court (DE # 51, 3/21/13).  Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion.  **Failure to do so may be deemed sufficient cause for granting the motion by default**.  (Emphasis supplied).

    Having received no response from the defendant Latin American No. 9 Corp., d/b/a Rancho Luna Restaurant, and a response having been due, it is

    ORDERED AND ADJUDGED that  the defendant Latin American No. 9 Corp., d/b/a Rancho Luna Restaurant shall file a response to the Motion for Entry of Sanctions

and for an Order Holding the Defendant Latin American No. 9 Corp., d/b/a Rancho Luna Restaurant in Contempt of Court (DE # 51, 3/21/13) on or before **May 14, 2013**. The failure to file a response may result in an order granting the Motion for Entry of Sanctions and for an Order Holding the Defendant Latin American No. 9 Corp., d/b/a Rancho Luna Restaurant in Contempt of Court (DE # 51, 3/21/13) in its entirety.

**DONE and ORDERED** in Chambers at Miami, Florida this 30th day of April, 2013.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Huck
All counsel of record